IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| PERMELIA A. SHERRILL, </br></br> Plaintiff, </br></br> v. </br></br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, </br></br> Defendant. | C.A. No. 4:17-cv-01772-RBH |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

   a. Mediation:                January 5, 2018

   b. Joint Stipulation:         February 2, 2018

   c. Cross Motions For Judgment: February 2, 2018

   d. Replies:                   February 9, 2018

**IT IS SO ORDERED**.

November 6, 2017　　　　　　　　　　　　s/ R. Bryan Harwell
Florence, South Carolina　　　　　　　　 R. Bryan Harwell
　　　　　　　　　　　　　　　　　　　　United States District Judge